160 A.3d 694

PETRO–LUBRICANT TESTING LABORATORIES, INC., AND JOHN WINTERMUTE, PLAINTIFFS-PETITIONERS, v. ASHER ADELMAN, D/B/A EBOSSWATCH.COM, DEFENDANT-RESPONDENT.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005214–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.